AO 451 (Rev.12/93) Certification of Judgment

# UNITED STATES DISTRICT COURT

DISTRICT OF    MASSACHUSETTS

Best In Sports, Inc., and
Tom McLaughlin

v.

Olympiakos Basketball Club of Greece

FILED '09 MAR 23 9 51 USDC-ORF

**CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT**

Case Number: 03-10136-PBS

I, __SARAH A. THORNTON__ Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action __8/6/2004__, as it appears in the records of this court, and that
Date

no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

**IN TESTIMONY WHEREOF,** I sign my name and affix the seal of this Court.

__10/3/2008__  
Date

SARAH A. THORNTON  
Clerk

_/s/ castella_  
(By) Deputy Clerk

*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

#25979

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BEST IN SPORTS, INC., and<br>TOM McLAUGHLIN,<br>      Plaintiffs,<br><br>      v.<br><br>OLYMPIAKOS BASKETBALL CLUB<br>OF GREECE,<br>      Defendant. | CIVIL ACTION NO. 03-10136-PBS |

**JUDGMENT AND ORDER**

August 6, 2004

Saris, U.S.D.J.

The Court enters judgment in the amount of $165,000.00 plus costs of $207.67. Statutory interest at the rate of 12 percent shall be calculated from the breach of contract date, August 26, 2001.

                                    **S/PATTI B. SARIS**
                                    United States District Judge

I hereby certify on 10/3/2008 that the foregoing document is true and correct copy of the foregoing document in the captioned case
☐ electronic docket in the captioned case
☐ electronically filed original filed on 8/6/2004
☒ original filed in my office on 8/6/2004
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By: _____
Deputy Clerk